# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

L. Kirk Tompkins and Susie Tompkins;                    )
                                                        )
                              **PLAINTIFFS**            )
                                                        ) Case No. 13cv840
V.                                                      )        JB-RHS
                                                        )
EXECUTIVE COMMITTEE OF THE SOUTHERN                     )
BAPTIST CONVENTION (ECSBC)                              )        **FILED**
SOUTHERN BAPTIST CONVENTION (S.B.C.);                   )
LIFEWAY CHRISTIAN RESOURCES                             )   UNITED STATES DISTRICT COURT
OF THE SOUTHERN BAPTIST CONVENTION (LCR);                   ALBUQUERQUE, NEW MEXICO
LIFEWAY CHRISTIAN RESOURCES OF THE                     
SOUTHERN BAPTIST CONVENTION, INC. (L.C.R.);             )        SEP 0 4 2013
GLORIETA 2.0, INC. (G2.O);                              )
DAVID WEEKLEY, DIRECTOR OF GLORIETA 2.O INC;            )
LEONARD RUSSO, DIRECTOR OF GLORIETA 2.O INC;            )   MATTHEW J. DYKMAN
TERRY LOOPER, DIRECTOR OF GLORIETA 2.O INC.;            )          CLERK
THOM RAINER, PRESIDENT, LCR;                            )
JERRY L. RHYNE, CFO, LCR,                               )
ADAM GREENWAY, CHAIRMAN, LCR;                           )
MICHAEL DEAHL, TRUSTEES VICE CHAIRMAN, LCR;             )
LARRY D. CANNON, SECRETARY, L.C.R.;                     )
TERRY S. BRASWELL, DIRECTOR, L.C.R.;                    )
TRAVIS BEST, DIRECTOR, L.C.R.;                          )
CRAIG CARSLILE, DIRECTOR, L.C.R.;                       )
JOHN BIGGS, DIRECTOR, L.C.R.;                           )
RONALD C. BARBER, DIRECTOR, L.C.R.;                     )
DOROTHY BARKER, DIRECTOR, L.C.R.;                       )
CHARLES CARLISLE, DIRECTOR, L.C.R.;                     )
FRANK S. PAGE, PRESIDENT & C.E.O., (ECSBC);            )
ERNEST L. EASLEY, CHAIRMAN, (ECSBC)                     )
JOHN L. YEATS, EXECUTIVE DIRECTOR, (ECSBC);             )
C. ASHLEY CLAYTON, ASSOCIATE V.P., (ECSBC);             )
BECKY CHANDLER, EXECUTIVE ASSISTANT, (ECSBC);           )
D. AUGUST BOTO, EXECUTIVE V.P. (ECSBC);                 )
MICHAEL W. ROUTT, (ECSBC); FRED LUTER, (ECSBC);         )
CHRIS M. CHAPMAN, (ECSBC); WAYNE MANN, (ECSBC);         )
CHRIS S. OSBORNE, (ECSBC); LEANNE B. ADAMS, (ECSBC);    )
WILLIAM E. TOWNES, V.P., (ECSBC);                       )
DONALD R. MAGEE, ASSOCIATE V.P. (ECSBC);                )
RODNEY F. AUTREY, (ECSBC);                              )
PHILLIP W. BAKER, (ECSBC); MARTHA CLARK, (ECSBC);       )
ROGER S. OLDHAM, V.P., (ECSBC);                         )

1

ARTHUR J. TOALSTON, JR., (ECSBC);                              )
MICHAEL FOUST, (ECSBC); BOBBY H. WELCH, (ECSBC)               )
DIANA CHANDLER, (ECSBC); ANDY BEACHUM, (ECSBC)               )
W. THOMAS HAMMOND, JR., V.P., (ECSBC);                        )
DEBBY AKERMAN, WMU National President, (ECSBC);              )
KENNETH W. ALFORD, (ECSBC);                                   )
JAMES W. AVERETT, (ECSBC);                                    )
MARK H. BALLARD, (ECSBC);                                     )
TOM BILES, (ECSBC);                                           )
CHARLES W. BOLING, (ECSBC);                                   )
WILMA J. BOOTH, (ECSBC);                                      )
TIM W. BRASHER, (ECSBC);                                      )
CHARLES R. CHAMBERS, (ECSBC);                                 )
M. KENT CHOATE, (ECSBC);                                      )
TONY L. CRISP, (ECSBC);                                       )
B. SCOTT DAVIS, (ECSBC);                                      )
EDWARD J. DEASE, III, (ECSBC);                                )
EDDIE W. DEHONDT, JR, (ECSBC);                                )
PROCOPIO U. DELEON, (ECSBC);                                  )
DAVID O. DYKES, (ECSBC);                                      )
ROBERT O. FRESHOUR, (ECSBC);                                  )
DAVID A. HALL, (ECSBC);                                       )
SHANE B. HALL, (ECSBC);                                       )
DAVID E. HAMILTON, (ECSBC);                                   )
TED I. HANEY, (ECSBC);                                        )
BEDFORD F. HANSON, (ECSBC);                                   )
PHIL HARPER, (ECSBC);                                         )
PHILLIP HERRING, (ECSBC);                                     )
REBECCA S. ILLINGWORTH, (ECSBC);                              )
RALPH (DALE) JENKINS, (ECSBC);                                )
BENJAMIN F. KELLY, (ECSBC);                                   )
WILLIAM E. KINCHEN, (ECSBC);                                  )
DAVID W. KING, (ECSBC);                                       )
BOBBY L. KIRK, (ECSBC);                                       )
FRANKLIN D. KOVALESKI, (ECSBC);                               )
BARRY P. LADD, (ECSBC);                                       )
MICHAEL L. LAWSON, (ECSBC);                                   )
STEVEN W. LOGGINS, (ECSBC);                                   )
R. RON MADISON, (ECSBC);                                      )
TIMOTHY D. MAYNARD, (ECSBC);                                  )
GARY O. MCKEAN, (ECSBC);                                      )
CHRISTOPHER D. METCALF, (ECSBC);                              )
TOMMY G. MIDDLETON, (ECSBC);                                  )
DAVID R. MITCHELL, JR, (ECSBC);                               )
TERRY H. MONTGOMER, (ECSBC);                                  )
JOHN H. MOORE, (ECSBC);                                       )
D. WAYNE MYRICK , (ECSBC);                                    )

ROBERT NEELY, (ECSBC);                                          )
TIMOTHY A. OHLS, (ECSBC);                                       )
RYAN A. PACK, (ECSBC);                                          )
L. DOUGLAS, (ECSBC);                                            )
JEFF L. PAUL, (ECSBC);                                          )
PAT J. PAVLIAN, (ECSBC);                                        )
DAVID C. PERDUE, (ECSBC);                                       )
BILL PRINCE, (ECSBC);                                           )
ROBERT (ALAN) QUIGLEY, (ECSBC);                                 )
JAMES A. RAY, (ECSBC);                                          )
WAYNE ROBERTSON, (ECSBC);                                       )
BRUCE V. ROWELL, (ECSBC);                                       )
STEPHPEN N. RUMMAGE, (ECSBC);                                   )
LOVINA K. RUSH, (ECSBC);                                        )
MICHAEL L. SCIFRES, (ECSBC);                                    )
JAY F. SHELL, (ECSBC);                                          )
JOHN MARK SIMMONS, (ECSBC);                                     )
DANNY S. SINQUEFIELD, (ECSBC);                                  )
JOHN E. SMITH, (ECSBC);                                         )
ARNALDO SOTO-CUEVAS, (ECSBC);                                   )
ROGER L. SPRADLIN, (ECSBC);                                     )
MILTON F. STECK, (ECSBC);                                       )
ROBERT E. STENNETT, (ECSBC);                                    )
DALE R. SUEL, (ECSBC);                                          )
ROBERT D. SUMMERLIN, (ECSBC);                                   )
G. HARRIS WARNER, JR., (ECSBC);                                 )
JEFFREY B. WATSON; (ECSBC)                                      )
STANLEY J. WELCH; (ECSBC)                                       )
BRADFORD M. WHEELER; (ECSBC)                                    )
BILL D. WHITTAKER; (ECSBC)                                      )
ANDY H. WILSON; (ECSBC)                                         )
JAMISON L. WORK; (ECSBC)                                        )
CAROL A. YARBER; (ECSBC)                                        )
JOHN L. YEATS; (ECSBC)              **DEFENDANTS**  )

## VERIFIED COMPLAINT AND MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY  INJUNCTIVE RELIEF FOR PROTECTION FROM UNLAWFUL SALE AND DISPOSITION AND BREACH OF QUIET ENJOYMENT

## I.     INTRODUCTION

1.  The messengers from missionary societies, churches, and other religious bodies of the

Baptist denomination in various parts of the United States met in Augusta, Georgia, May 8, 1845, for the purpose of carrying into effect the benevolent intention of our constituents by organizing a plan for eliciting, combining, and directing the energies of the denomination for the propagation of the gospel and adopted rules and fundamental principles which, as amended from time to time, and set forth a Constitution in Augusta, Georgia, May 8, 1845,

2.  This Constitution led to the In Corporation of December 27th, 1845, *"Be it enacted by the Senate and House of Representatives of the State of Georgia, in General Assembly met, and it is hereby enacted by the authority of the same.* That from and after the passing of this act, That William B. Johnson, Wilson Lumpkin, James B. Taylor, A. Docrey, R. B. C. Howell and others, their associates and successors, be and they are hereby incorporated and made a body politic by the name and style of the Southern Baptist Convention, with authority to receive, hold, possess, retain, and dispose of property, either real or personal, to sue and be sued, and to make all bylaws, rules, and regulations necessary to the transaction of their business, not inconsistent with the laws of this State or of the United States – said corporation being created for the purpose of eliciting, combining, and directing the energies of the Baptist denomination of Christians, for the propagation of the gospel, any law, usage, or custom to the contrary not withstanding."

3.  Legal Authorities of the Foundation of Southern Baptist Convention(SBC) specifically SBC Constitutional *"Article XIV. Amendments: Any alterations may be made in these Articles at any annual meeting of the Convention by a vote of two-thirds of the members present and voting at the time the vote is taken, provided that an amendment shall be so approved by two (2) consecutive annual meetings of the Convention."* Promoted on the SBC Web site at*: http://www.sbc.org/aboutus/legal/constitution.asp*

4.  These By-Laws have been instrumental in forming and maintaining a Christian based

organization addressing the "certain needs" of our own generation. In an age

increasingly hostile to Christian truth, our challenge is to express the truth as revealed in

Scripture, and to bear witness to Jesus Christ, who is "the Way, the Truth, and the Life."

5.   The EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION (ECSBC),

is a Corporation Non-Profit - Domestic incorporated in the State of Tennessee and is responsible

for the working operations of thirteen (13) Corporations directly Related to the Southern Baptist

Convention, existing "to minister to the churches of the Southern Baptist Convention by

acting for the Convention ad interim in all matters not otherwise provided for in a

manner that encourages the cooperation and confidence of the churches, associations,

and state conventions and facilitates maximum support for worldwide missions and

ministries." exhibited by Link  (http://sbcec.org/legal/OMExecComm.asp);  Further

ECSBC is governed by the Constitution, and By-Laws of the SBC specifically

Constitution "Article XIV" exhibited by Link (http://sbcec.org/legal/constitution.asp)

and "ByLaws #25" exhibited by Link (http://sbcec.org/legal/bylaws.asp).


6.   Convention of which "LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST

CONVENTION (LCR) is one of 13 corporations with oversight by the ECSBC, exhibited by

Link  http://sbcec.org/legal/legalnames.asp

7.   LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST

CONVENTION (LCR) was originally founded as "The Sunday School Board of the

Southern Baptist Convention" at the Southern Baptist Convention in Birmingham,

Alabama 1891 after two Votes of the Convention as per the SBC Constitution. Over the

years, however, The Sunday School Board expanded its range of resources. The name no

longer encompassed the wide array of products and services that the company offered.

Nor did it reflect the broadening scope of the organization's mission. Beginning as early

as 1971, the LIFEWAY name was used in limited applications and the decision to

change names and adopt the LIFEWAY identity corporate-wide was not an easy one.

The actual process itself took more than two years to complete, reflecting the SBC

Constitution required of affiliates. (http://www.LifeWay.com/Article/Corporate-History)

8. GLORIETA 2.0, INC.(G2.O) is a Domestic Nonprofit Corporation  formed May 7, 2013

in the state of New Mexico with a corporate address of 6424 Hackberry Road, Rock

Springs, Texas 78880 having listed with the Secretary of State of New Mexico its

Directors David Weekley, Leonard Russo, and Terry Looper, and has been listed as sole

purchaser of SBC's Glorieta Conference Center and to take possession of on September

10, 2013. Little is know of the Christian values or true intent of this organization a non-

Baptist, non-related group of businessmen operating for profit children's camps not

legally affiliated with SBC or LIFEWAY but has been operating on the campus of the

Glorieta Conference Center (GCC) with disregard to the laws of the State of New

Mexico, Clean Water Act of the Federal Government, and the Constitutional bylaws of

SBC (No SBC Conference has given permission for the sale of GCC) since the week

beginning 1 September 2013.

9. LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST

CONVENTION, INC. (L.C.R.) is a Foreign Non-Profit Corporation having no legal

connections to the SBC other than its Officers are members of the SBC EXECUTIVE

COMMITTEE and its address is the same as SBC at ONE LIFEWAY PLAZA

NASHVILLE, TN 37234  but has a registered agent CORPORATION SERVICE

COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301-2525.  Actions of

L.C.R. violate SBC Charter and Constitution and have in the past made attempts to form

a "FOR PROFIT" corporation in 2005 known as GLORIETA CONDOMINIUM

DEVELOPMENT, INC. a Tennessee Corporation whose corporation certification has

been revoked as a "non-filer" having once an agent of process as C.T. Corporation

System, 123 East Marcy, Santa Fe, N.M. 87501 with one known Director, Mark Anderson, President Byron Hill, and Secretary Phill Burgess.

10. Glorieta Conference Center (GCC) is a Christian Community having an area of more or less 2,400-acre campus providing an abundance of recreational and outdoor adventure opportunities from Christian recreation teams offering something for everyone.  GCC mission has been simple: point people to Christ. Glorieta Conference Center has more or less sixty-five residential dwellings of private personal property built and or purchased by Christians on leased land from the Southern Baptist Convention beginning in the 1950's to present with what was originally ongoing recurring leases.

## II. STATEMENT OF VENUE AND JURISDICTION

11. Plaintiffs incorporates by reference paragraph 1-8 as if set out word for word herein and respectfully shows the court the following:

12. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §  1331 an 28 U.S.C. § 1332. There is complete diversity of citizenship between Plaintiffs and Defendants

13. Further this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1343(3).

14. Jurisdiction is imposed pursuant to the First and Fourteenth Amendment of the CONSTITUTION for United States of America.

15. Jurisdiction is also imposed pursuant to 42 U.S.C. § 1983, deprivation of rights under state law.

16. Venue is proper in this jurisdiction under 28 U.S.C. § 1391. Defendants reside and have their principal place of businesses in Tennessee and Texas and are resident defendants in several foreign states  and are subject to personal jurisdiction in this judicial district as damages and irreparable harm have and are occurring in this judicial district.

## III.   PARTIES

17.   Plaintiffs incorporates by reference paragraph 1-16 as if set out word for word herein and

respectfully shows the court the following:

18.   PLANTIFF is at all times relevant to this complaint are property owners and

Leaseholder within a land masss area known as "Glorieta Conference Center",  Glorieta,

Sante Fe County, New Mexico, 87535.

   a.   Kirk Tompkins and Susie Tompkins, jointly as Tompkins,  4512 Carter Lane, Little
Rock, AR 72223, Phone 501-680-4408; owning property at 304 Aspen, Glorieta, Santa
Fe County, New Mexico, 87535 Kirk.Tompkins@comcast.net

19.   DEFENDANTS are at all times relevant to this complaint Foreign Corporations, their

Trustees, Principals and Individual Participants controlling and/or appropriating the

Operations, Management, and Organizational Operations without due process pursuant

to SBC Charter/Constitution of the community area known independently as "Glorieta

Conference Center", Glorieta, Santa Fe County, New Mexico, 87535:

   a.   The EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION
(ECSBC)  is a Corporation Non-Profit - Domestic incorporated in the State of Tennessee
as of September 9, 1928, Formation Locale:  Tennessee, currently active according to
Tennessee Secretary of State having a registered agent FRANK S. PAGE with an address
of 901 Commerce Street, Nashville, Davidson County, Tn., 37203-3620. The Executive
Committee has an Attorney of Record being D. AUGUST BOTO, having an address of
901 Commerce Street, Nashville, Davidson County Tn., 37203-3699.

   b.   SOUTHERN BAPTIST CONVENTION (S.B.C.), is a Foreign Corporation incorporated
in the State of Georgia, 1938, having a Principal Office at 4200 Northpoint Pkwy,
Alpharetta, Ga., 30022-4174, Accordingly, the Secretary of the State of Tennessee, the
registered Agent  is Frank S. Page, 901 Commerce St., Nashville, Tn. 37203-2620

   c.   LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST
CONVENTION (LCR), is a Foreign Corporation incorporated in the State of Tennessee
as of 4:30PM Friday, July 7, 1921 currently active according to Tennessee Secretary of
State having a registered agent LARRY D CANNON with an address of 1 LIFEWAY
Plz, NASHVILLE, TN 37234-1001 and California Agent For Service: CSC - LAWYERS
INCORPORATING SERVICE, 2710 GATEWAY OAKS DR STE 150N,
SACRAMENTO CA 95833

   d.   LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST
CONVENTION, INC.(L.C.R.); is a Foreign Non Profit Corporation in the State of
Florida as of Friday, June 27, 1980,  currently active according to Florida Department of

State with Registered Agent being CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301-2525

e. GLORIETA 2.0, INC.(G2.O); is a Domestic Non Profit Corporation in the State of New Mexico as of May 17, 2013, currently active according to New Mexico Department of State, having corporate address,6424 Hackberry Road, Rock Springs, Tx., Agent for service being SHEEHAN & SHEEHAN, P.A., 40 1ST PLAZA NW STE. 740, ALBUQUERQUE, NM – 87102

f. DAVID WEEKLEY, CHARMAN GLORIETA 2.O INC.; Agent for service being Sheehan & Sheehan, P.A., 40 1st Plaza N.W. Ste. 740 Albuquerque N.M. 87102

g. LEONARD RUSSO, DIRECTOR OF GLORIETA 2.O INC.; Agent for service being Sheehan & Sheehan, P.A., 40 1st Plaza N.W. Ste. 740 Albuquerque N.M. 87102

h. TERRY LOOPER, DIRECTOR OF GLORIETA 2.O INC.; Agent for service being Sheehan & Sheehan, P.A., 40 1st Plaza N.W. Ste. 740 Albuquerque N.M. 87102

i. THOM RAINER, PRESIDENT, LCR; registered agent for service Attorney Larry D. Cannon with an address of 1 LifeWay Plz., Nashville, Tn., 37234-1001

j. JERRY L. RHYNE, CFO, LCR, registered agent for service Attorney Larry D. Cannon with an address of 1 LifeWay Plz., Nashville, Tn., 37234-1001

k. ADAM GREENWAY, CHAIRMAN, LCR; registered agent for service Attorney Larry D. Cannon with an address of 1 LifeWay Plz., Nashville, Tn., 37234-1001

l. MICHAEL DEAHL, Trustees Vice Chairman, LCR; registered agent for service Attorney Larry D. Cannon:  address of 1 LifeWay Plz., Nashville, Tn., 37234-1001

m. BRAD WAGGONER Executive Vice President, LCR; registered agent for service Attorney Larry D. Cannon: address of 1 LifeWay Plz., Nashville, Tn., 37234-1001

n. ERIC GEIGER, VICE PRESIDENT, LCR; registered agent for service Attorney Larry D. Cannon: address of 1 LifeWay Plz., Nashville, Tn., 37234-1001

o. ED STETZER, VICE PRESIDENT, LCR; registered agent for service Attorney Larry D. Cannon: address of 1 LifeWay Plz., Nashville, Tn., 37234-1001

p. TIM VINEYARD, VICE PRESIDENT, LCR registered agent for service Attorney Larry D. Cannon: address of 1 LifeWay Plz., Nashville, Tn., 37234-1001

q. SELMA WILSON, VICE PRESIDENT, LCR registered agent for service Attorney Larry D. Cannon: address of 1 LifeWay Plz., Nashville, Tn., 37234-1001

r. FRANK S. PAGE, PRESIDENT & C.E.O., (ECSBC), Attorney of Record being D. AUGUST BOTO, having an address of 901 Commerce St., Nashville, Tn., 37203-3699

s. ERNEST L. EASLEY, CHAIRMAN, (ECSBC) having an Attorney of Record being D. AUGUST BOTO, having an address of 901 Commerce St., Nashville, Tn., 37203-3699

**t.**  JOHN L. YEATS, EXECUTIVE DIRECTOR, (ECSBC) having an Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699

**u.**  Michael W. Routt, (ECSBC) having an Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699

**v.**  Fred Luter, President (ECSBC) having an Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699

**w.**  Becky Chandler, Executive Assistant., (ECSBC) having an Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699

**x.**  D. August Boto, Executive VICE President., (ECSBC) and Attorney of Record for ALL Executive Directors of ECSBC, address: 901 Commerce St., Nashville, Tn., 37203-3699

**y.**  Chris M. Chapman, (ECSBC) having an Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699

**z.**  Wayne Mann, (ECSBC) having an Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**aa.**  Chris S. Osborne, (ECSBC) having an Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**bb.**  Leanne B. Adams, (ECSBC) having an Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**cc.**  William E. Townes, Vice President., (ECSBC) having an Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**dd.**  Donald R. Magee, Associate Vice President, (ECSBC) having an Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**ee.**  Rodney F. Autrey, (ECSBC) having an Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**ff.**  Phillip W. Baker, (ECSBC) having an Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**gg.**  Martha Clark, (ECSBC) having an Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**hh.**  Roger S. Oldham, Vice President., (ECSBC) having an Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**ii.**  Arthur J. Toalston, Jr., (ECSBC) having an Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**jj.**  Michael Foust, (ECSBC) having an Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**kk.** Diana Chandler, (ECSBC) having an Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**ll.** Andy Beachum, (ECSBC) having an Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**mm.** W. Thomas Hammond, Jr., Vice President., (ECSBC) having an Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**nn.** Ashley Clayton, Associate Vice President., (ECSBC) having an Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**oo.** Bobby H. Welch, (ECSBC) having an Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**pp.** LARRY D. CANNON, SECRETARY, L.C.R.; registered Attorney for service to All LifeWay (LCR) members:  address of 1 LifeWay Plz., Nashville, Tn., 37234-1001

**qq.** TERRY S. BRASWELL, DIRECTOR, L.C.R.; registered agent for service Attorney Larry D. Cannon: address of 1 LifeWay Plz., Nashville, Tn., 37234-1001

**rr.** TRAVIS BEST, DIRECTOR, L.C.R.; registered agent for service Attorney Larry D. Cannon: address of 1 LifeWay Plz., Nashville, Tn., 37234-1001

**ss.** CRAIG CARSLILE, DIRECTOR, L.C.R.; registered agent for service Attorney Larry D. Cannon: address of 1 LifeWay Plz., Nashville, Tn., 37234-1001

**tt.** JOHN BIGGS, DIRECTOR, L.C.R.; registered agent for service Attorney Larry D. Cannon: address of 1 LifeWay Plz., Nashville, Tn., 37234-1001

**uu.** RONALD C. BARBER, DIRECTOR, L.C.R.; registered agent for service Attorney Larry D. Cannon: address of 1 LifeWay Plz., Nashville, Tn., 37234-1001

**vv.** DOROTHY BARKER, DIRECTOR, L.C.R.; registered agent for service Attorney Larry D. Cannon: address of 1 LifeWay Plz., Nashville, Tn., 37234-1001

**ww.** CHARLES CARLISLE, DIRECTOR, L.C.R.; registered agent for service Attorney Larry D. Cannon: address of 1 LifeWay Plz., Nashville, Tn., 37234-1001

**xx.** , (ECSBC) having an Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**yy.** DEBBY AKERMAN, WMU National President, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**zz.** KENNETH W. ALFORD, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**aaa.** JAMES W. AVERETT, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**bbb.**  MARK H. BALLARD, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**ccc.**  TOM BILES, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**ddd.**  CHARLES W. BOLING, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**eee.**  WILMA J. BOOTH, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**fff.**  TIM W. BRASHER, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**ggg.**  CHARLES R. CHAMBERS, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**hhh.**  M. KENT CHOATE, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**iii.**  TONY L. CRISP, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**jjj.**  B. SCOTT DAVIS, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**kkk.**  EDWARD J. DEASE, III, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**lll.**  EDDIE W. DEHONDT, JR, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**mmm.**  PROCOPIO U. DELEON, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**nnn.**  DAVID O. DYKES, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**ooo.**  ROBERT O. FRESHOUR, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**ppp.**  DAVID A. HALL, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**qqq.**  SHANE B. HALL, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**rrr.** DAVID E. HAMILTON, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**sss.** TED I. HANEY, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**ttt.** BEDFORD F. HANSON, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**uuu.** PHIL HARPER, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**vvv.** PHILLIP HERRING, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**www.** REBECCA S. ILLINGWORTH, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**xxx.** RALPH (DALE) JENKINS, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**yyy.** BENJAMIN F. KELLY, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**zzz.** WILLIAM E. KINCHEN, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**aaaa.** DAVID W. KING, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**bbbb.** BOBBY L. KIRK, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**cccc.** FRANKLIN D. KOVALESKI, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**dddd.** BARRY P. LADD, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**eeee.** MICHAEL L. LAWSON, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**ffff.** STEVEN W. LOGGINS, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**gggg.** R. RON MADISON, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**hhhh.** TIMOTHY D. MAYNARD, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**iiii.** GARY O. MCKEAN, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**jjjj.** CHRISTOPHER D. METCALF, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**kkkk.** TOMMY G. MIDDLETON, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**llll.** DAVID R. MITCHELL, JR, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**mmmm.** TERRY H. MONTGOMER, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**nnnn.** JOHN H. MOORE, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**oooo.** D. WAYNE MYRICK , (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**pppp.** ROBERT NEELY, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**qqqq.** TIMOTHY A. OHLS, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**rrrr.** RYAN A. PACK, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**ssss.** L. DOUGLAS, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**tttt.** JEFF L. PAUL, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**uuuu.** PAT J. PAVLIAN, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**vvvv.** DAVID C. PERDUE, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**wwww.** BILL PRINCE, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**xxxx.**  ROBERT (ALAN) QUIGLEY, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**yyyy.**  JAMES A. RAY, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**zzzz.**  WAYNE ROBERTSON, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**aaaaa.**  BRUCE V. ROWELL, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**bbbbb.**  STEPHPEN N. RUMMAGE, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**ccccc.**  LOVINA K. RUSH, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**ddddd.**  MICHAEL L. SCIFRES, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**eeeee.**  JAY F. SHELL, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**fffff.**  JOHN MARK SIMMONS, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**ggggg.**  DANNY S. SINQUEFIELD, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**hhhhh.**  JOHN E. SMITH, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**iiiii.**  ARNALDO SOTO-CUEVAS, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**jjjjj.**  ROGER L. SPRADLIN, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**kkkkk.**  MILTON F. STECK, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**lllll.**  ROBERT E. STENNETT, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**mmmmm.**  DALE R. SUEL, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**nnnnn.**   ROBERT D. SUMMERLIN, (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**ooooo.**   G. HARRIS WARNER, JR., (ECSBC); Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**ppppp.**   JEFFREY B. WATSON; (ECSBC) Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**qqqqq.**   STANLEY J. WELCH; (ECSBC) Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**rrrrr.**   BRADFORD M. WHEELER; (ECSBC) Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**sssss.**   BILL D. WHITTAKER; (ECSBC) Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**ttttt.**   ANDY H. WILSON; (ECSBC) Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**uuuuu.**   JAMISON L. WORK; (ECSBC) Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**vvvvv.**   CAROL A. YARBER; (ECSBC) Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

**wwwww.**   JOHN L. YEATS; (ECSBC) Attorney of Record being D. AUGUST BOTO, address of 901 Commerce St., Nashville, Tn., 37203-3699;

## IV.   COMMON FACTS

**20.**   Plaintiffs incorporates by reference paragraph 1-19 as if set out word for word herein and respectfully shows the court the following:

**21.**   In May 1949 Dr. Harry P. Stagg, then Executive Secretary for New Mexico Baptist Convention (NMBC) became the force behind the Glorieta Conference Center existence, specifically using SBC's Article XIV Amendment to arrange the foundation of what is known today a thriving stronghold promoting true Christian values and as such Glorieta has made a major impact in the lives of more than 50,000 guests who attend each year. With failing leadership and without proper support and promotion outside sources seek

to commercialize Glorieta Conference Center,

22.    In 1950 Southern Baptist Convention accepted the gift of Lands in and around Glorieta, New Mexico, whereas, said lands were in fact conveyed specifically "to the Executive Committee of the Southern Baptist Convention" in compliance with section 25 of the SBC Charter, Constitution, and by-laws dated 1845; "No new enterprise, involving expenditure of money, shall be authorized by the Convention except upon favorable action by the Convention in two (2) succeeding annual meetings; provided, however, that this restriction shall not apply to a recommendation of an entity of the Convention concerning its own work. No entity shall be discontinued without a majority vote at two (2) successive annual sessions of the Convention" citing from SBC's own Constitution at http://sbc.net/aboutus/legal/constitution.asp:

23.    The original 1950 Warranty Deed from New Mexico Baptist grants the "Executive Committee of the Southern Baptist Convention" Santa Fe County real estate, "Glorieta." Pursuant to Exhibit **1,** and recorded 1950, in Book 46, page 71, of the "Records of Deeds" with Santa Fe County Clerk Of Court, New Mexico. No other transfer of deed of the Original Deed is recorded on record.

24.    The original covenants and documents dating back to the 1950 gifting of the Glorieta land and buildings by New Mexico Baptist Convention to the Executive Committee of the Southern Baptist Convention detail the use and disposition of the property to the Southern Baptist Convention pursuant to CONVENTION REPORTS displayed on the website containing the Southern Baptist Historical Library and Archives. (**http://www.sbhla.org/sbc_annuals/** )

25.    In 1950 Glorieta became a mission outreach for SBC, a not for profit organization. There are no articles properly exercised by TWO (2) subsequent conventions pursuant to the SBC Charter/Constitution/Bylaws authorizing restructure of Glorieta Conference Center and subsequent control by either the Sunday School Board of the Southern Baptist Convention or

its successor name LIFEWAY Christian Resources of the Southern Baptist Convention, owner of bookstores, however, there WAS ONE convention that did so but no follow-up, further, the minutes recorded in1950 on pages 41-42 advised that the DEED was to be transferred but in fact the DEED of transfer from NEW MEXICO BAPTIST CONVENTION to the SOUTHERN BAPTIST CONVENTION REMAINS intact witnessed January 10, 1950, in book 46, page 71, of the records of Deeds in the Office of Court Clerk, Santa Fe County, New Mexico

26. However without the required 2 convention vote or any legal authority in 1976 the "Sunday School Board" of the SBC, for considerations paid, grants Glorieta Baptist Church Santa Fe County real estate once part of the Glorieta Conference Center pursuant to **Exhibit 2** attached.

27. Again in 1984 the "Sunday School Board" of the SBC transferred, without consideration, or the required 2 convention vote having no legal authority granted a certain tract of land for the "Glorieta Voluntary Fire Department" pursuant to **Exhibit 3** attached.

28. The SBC convention 2012 minutes include numerous pages about the excessive compensation of some SBC entities and request self discipline in all compensation over $150,000.00 annual salary. However in the report from LIFEWAY about the entities activities a brief paragraph about Glorieta is the only mention in over 500 pages of documentation and no minutes record the possible liquidation sale or transfer of Glorieta Conference Center (GCC) to any organization. Citing from the minutes:

   a. **"At Glorieta, the trustees of LifeWay Christian Resources approved a recommendation to reduce operations at Glorieta Conference Center.**
   b. **Effective November 1, 2011, the center will offer only summer events for student groups. Centrifuge Camps and Collegiate Week will continue as usual.**
   c. **Trustees also provided direction to begin pursuing viable options for the disposition of the property including, but not limited to, sales to or alliances with SBC entities, state conventions, and other ministries."**

29. According to SBC Charter Constitution a discussion on the floor of the convention Covering two separate year convention sessions is required for disposal of an asset.

LIFEWAY is required to fully disclose at convention the commentaries published by LIFEWAY. Jerry Rhyne, Chief Financial Officer LIFEWAY, is quoted on June 9, 2013 meeting with leaseholders "one of the most important requirements for any sale of Glorieta was that new owners provide options that are fair, reasonable and prudent for individuals and churches that lease land at Glorieta for residential homes and small group facilities."

30.   In contrast, the actual "options" as agreed by LIFEWAY, presented to Glorieta (GCC) Leaseholders by the proposed buyer of Glorieta, *"GLORIETA 2.0, INC.(G2.O)"* do not provide options that are fair, reasonable and prudent for individuals, and churches that lease land at Glorieta for residential homes and small group facilities but does in fact cause irreparable harm to Plaintiff Specifically and Leaseholders Generally who have relied on SBC's Christian principals of 60 years of history doing recurring lease agreements, yet even now, these leases appear to be changed arbitrarily without "SBC Constitutional approval" and accepted in good faith by Plaintiff specifically and Leaseholders generally but in fact have denied quiet enjoyment of their leases and possible financial loses of MILLIONS by Leaseholders generally.

31.   A motion to transfer the property to *G2.O* was sent to trustees from LIFEWAY's trustee executive committee by email June 10, 2013 and trustees returned their votes by electronic mail. This procedure is another violation of SBC Charter stating disposal of assets requires convention messengers' vote at two conventions. (SBC Constitution Article 14, created at Augusta, Georgia, May 8, 1845, the founding fathers Convention)

32.   LIFEWAY's actions to sell "GCC" to a possible Non-Christian entity is evidence of disrespect of the rules and procedures a normal prudent man would understand that they, LIFEWAY (LCR), do not have title to "GCC", nor authority, nor does LIFEWAY meet the rules and bylaws of the SBC without strict adherence to Section 25 of the SBC

ByLaws but continue to move forward with an irreparable harm sale even after being advised of the harm by letters from Leaseholders and Church Pastors Exhibits 4 & 5.

33.  Pursuant to the heading Section 25 of the SBC ByLaws stating: "**New Enterprises and Abolishing of Entities**: No new enterprise, involving expenditure of money, shall be authorized by the Convention except upon favorable action by the Convention in two (2) succeeding annual meetings; provided, however, that this restriction shall not apply to a recommendation of an entity of the Convention concerning its own work. No entity shall be discontinued without a majority vote at two (2) successive annual sessions of the Convention."( *http://sbcec.org/legal/bylaws.asp*)

34.  On June 13, 2013, less that one month after the creation of "G2.0" by DAVID WEEKLEY, DIRECTOR OF GLORIETA 2.O INC., LEONARD RUSSO, DIRECTOR OF GLORIETA 2.O INC. and TERRY LOOPER, DIRECTOR OF GLORIETA 2.O INC., LIFEWAY Christian Resources announced the approval by LIFEWAY trustees to sell its national conference center western region at Glorieta in New Mexico to "G2.0" (a virtual unknown group of "for profit investors" registering as a "Non-Profit" corporation) emphasizing that one of the most important requirements of the sale was "that the new owners provide options that are fair, reasonable and prudent for individuals and churches that lease land at Glorieta for residential homes and small group facilities." but in fact Violating Section 25 of the SBC Charter, Constitution Article XIV and Bylaws, id ib #33, further causing anxiety and disunity of GCC Leaseholds who are expected to just roll over and accept the irreparable harm of financial loses in excess of $200,000 by Plaintiff specifically and excessive amounts over $100,000 by Leaseholders individually and generally evident by Exhibits **4-11,** further to allow a NON-SBC entity take possession of property having a realty value  in excess of $40 Million Dollars to convert and do with as they please without SBC approval is illegitimate.

35.  Pursuant to poor fiduciary management by LIFEWAY assigns and full notification by letters to

LIFEWAY President THOM RAINER, Exhibits **4 & 5** attached, the sale of a $40 Million

Dollar asset for $1 (one) Dollar, Glorieta Conference Center, persists with mandates that once

stewards of Christian fellowship, family retreats, Baptist Church retreats including but

not limited to on campus Residences by Christian faithful be routed, terminating  leases,

who jointly as a class of Leaseholders, once thought leases were recurring but now find

them being terminated, except for introduction of 12 year leases now available to present

leaseholders with no financial return of property investment at termination.  Presently,

Leaseholders are asked to accept pennies on the dollar from a possible non-Christian

Corporation, G2.0, not affiliated with any Southern Baptist fellowship organization, is

Estoppel from purchasing GCC in violation of the SBC Charter Constitution and ByLaws

expecting all Christians to turn the cheek and allow this fraudulent misrepresentation of

facts any jury would ascertain as genuine fraud because LIFEWAY (LCR) has no legal

claim of DEED or TITLE to GCC in which they can "LEGALLY" liquidate assets of

SBC which in fact shall cause Plaintiffs irreparable harm specifically, further causing

irreparable harm to Leaseholders generally and complete irreparable harm to all Southern

Baptist Convention members having had Christian Fellowship at GCC.

**36.**  LIFEWAY's purpose as assigned by Southern Baptist Convention was and is *to "assist*

*churches through the operation of conference centers and camps. Develop, promote,*

*and operate conference and resident camp facilities useful to Southern Baptist*

*Convention entities, state conventions, associations, and churches in establishing,*

*enlarging, and improving their ministries."* (http://www.sbcec.org/legal/OMLifeWay.asp )

G2.0 was only recently incorporated as a non-profit Organization and is not a known registered

religious organization but is in fact a registered non-profit organization just as the Vietnam

Veterans Association, Veterans of Foreign Wars Association and American Legion are non-profit

organizations including the Bill and Melinda Gates Foundation a non-profit organization.

37. LIFEWAY has been in concert misrepresenting its directives, allowing the actions of G2.0 agents signing termination and new leases with LIFEWAY Leaseholders without authority, thus, all contracts are therefore voidable as LIFEWAY does not hold title deed, further any sale without two consecutive SBC moratorium convention meetings are counterfeit, illegitimate on its face with a possibility of fraudulent fiduciary actions causing irreparable harm to Plaintiff specifically and Leaseholders generally.

38. Pursuant to these common facts Plaintiff L. Kirk Tompkins personally managed a final attempt in Christian observance specifically advising "SBC" Executive Committee members of the wrongful violations by LIFEWAY and the LIEFEWAY's ongoing actions violating the "SBC" Charter Constitution and By-Laws being forced on GCC Leaseholders with copy to LIFEWAY Trustees and Leaseholders of GCC; **Exhibit #6.**

39. Supporting Plaintiff's Complaint are 5 fellow Christian leaseholders by Affidavit who Attest to the actions of LIFEWAY Trustees THOM RAINER, PRESIDENT, and JERRY L. RHYNE, CFO, in concert with G2.0 Directors DAVID WEEKLEY, LEONARD RUSSO,  TERRY LOOPER, by Affidavits **Exhibits 7-11.**

## V. <u>EMERGENCY TEMPORARY RESTRAINING ORDER</u>

40. Plaintiffs incorporates by reference paragraph 1-39 as if set out word for word herein and respectfully shows the court the following:

41. Plaintiffs seeks this action for emergency temporary and permanent injunctive relief which is brought pursuant to applicable law.

42. Plaintiffs have a clear legal right to seek temporary and permanent injunctive relief as Plaintiffs reside in the personal property residence as their religious retreat and specifically Defendants LIFEWAY (LCR) and  G2.0, their agents and assigns are seeking without satisfying the necessary legal standing requirements constituting a sale of GCC transfering possession, custody, and control of GCC Property causing irreparable harm

financially, depriving Plaintiffs specially and Leaseholders generally of due process and

equal protection by ultimate removal of Plaintiffs and others of like kind class from their

homes and property without fair and equitable restitution while the fiduciary duty of the

SBC Executive Committee Defendants separately and independently fail to demand a

cease and desist of any actions of sale, termination, changes of leases all violating SBC's

own requirements mandated by Bylaws and Charter Constitution.

43.   Plaintiffs specifically and some Leaseholders generally allege LIFEWAY President

Thom Rainer has stated to leaseholders and LIFEWAY staff that he, Rainer, has acted

immediately to liquidate GCC without convention vote citing an emergency action was

needed to divest LIFEWAY of Glorieta. This contempt is evidence that Rainer has a

complete disregard of his authority displaying his insolentness to Southern Baptist

Convention, disrespecting SBC Charter Constitution and Bylaws id supra.

44.   Plaintiffs alleges that LIFEWAY trustees do not want to be confronted by a unified SBC

Convention and does not want a Minority/Majority report presented at convention for

Calling for an investigation of  LIFEWAY's fiduciary failures, illegal activities and

misappropriations involvng GCC.  SBC Executive Committee has allowed this ongoing

activity by failing their fiduciary duties to protect its members by observing and

monitoring activities of their Eleven Billion Dollars ($11,000,000,000.00) by its Divisions

specifically the rogue activities of LIFEWAY CHRISTIAN RESOURCES OF THE

SOUTHERN BAPTIST CONVENTION (LCR),

45.   Plaintiffs have prayed for guidance and now seek final venue of an opportunity to stop

the ongoing egregious errors of Defendants generally and request the Federal District

Court having Venue and Jurisdiction for Emergency Restraining ORDER to stop any sale

of the Glorieta Conference Center until an immediate hearing of both parties before the

Court allowing the Court to issue or in the alternative issue a Temporary Restraining Order

and/or a permanent Injunctive Relief ORDERING Defendant "LIFEWAY", "THE

EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION and The

Southern Baptist Convention to abide by their Charter and Constitution of 1845 Specifically:

    a.   *Article XIV Amendment:*

> *"Any alterations may be made in these Articles at any annual meeting of the Convention by a vote of two-thirds of the members present and voting at the time the vote is taken, provided that an amendment shall be so approved by two (2) consecutive annual meetings of the Convention."*
> *(http://sbc.net/aboutus/legal/constitution.asp )*

    b.   **"New Enterprises and Abolishing of Entities**: No new enterprise, involving expenditure of money, shall be authorized by the Convention except upon favorable action by the Convention in two (2) succeeding annual meetings; provided, however, that this restriction shall not apply to a recommendation of an entity of the Convention concerning its own work. No entity shall be discontinued without a majority vote at two (2) successive annual sessions of the          Convention."
*http://sbcec.org/legal/charter.asp*

# VI.   RELIEF

**46.**   Plaintiffs incorporates by reference paragraph 1-45 as if set out word for word herein and

respectfully shows the court the following:

**47.**   Plaintiffs are likely to succeed on merits of their COMPLAINT even a Jury can ascertain the

genuine issues of material facts presented are supportive to Plaintiffs

**48.**   Plaintiffs Seek the honorable United States District Court of New Mexico, having proper

venue and Jurisdiction over the land mass area known as Glorieta Conference Center (GCC),

having a registered New Mexico Deed ownership by the Executive Committee of the Southern

Baptist Convention, a Tennessee Corporation, and this Court has jurisdiction to hear Plaintiff's,

Citizens of Arkansas and Owners of private Property now resting on a designated area of land

within the Glorieta Conference Center (GCC) and Leased from LIFEWAY CHRISTIAN

RESOURCES OF THE SOUTHERN BAPTIST CONVENTION (LCR), a subsidiary

organization of SBC, who is attempting to liquidate GCC, terminate Plaintiff's Lease

specifically and GCC Leaseholders generally and bring forth and granting a Temporary

Restraining Order or in the alternative an ORDER of Permanent Injunctive Relief with Orders that the SBC exercise their Fiduciary responsibilities and convene two separate but equal SBC Conventions to properly sale GCC legally and ethical pursuant to their Charter Constitution.

49. Plaintiffs specifically request the Court to issue an ORDER extending any and all Leaseholders leases at current values until SBC initiates an internal investigation of the financial records, actions, liabilities, and federal tax law responsibilities pursuant to allegations discovered by Plaintiff in their investigation of LifeWay's activities of recent years.

50. Plaintiffs believe the balance between the foregoing irreparable harm and any injury that may be suffered by he DEFENDANTS GENERALLY if a Temporary Restraining ORDER or Permanent Injuctive Relief is granted weighs heavily in favor of the Plaintiffs, further the Plaintiffs are likely to succeed on the merits of their complaint and if needed a multitude of private and state witnesses shall be presented before the Court.

51. Plaintiff's Complaint weighs heavily in the public interest in favor of the entry of a temporary restraining order in favor of the Plaintiffs Specifically and Leaseholders generally as well as SBC Membership throughout the individual Federal Judicial Districts generally because the merits of this case involves the Rule of Law governing "Charters" and "By-Laws" of all Corporations of all states whether they be "For Profit", "Non-Profit", Religious or Non-Religious in nature.

52. Plaintiff's COMPLAINT is ripe for adjudication because Plaintiffs Specifically and some Leaseholders generally (see Exhibits 7-11) being diverse citizens of several states who have exhausted attempts to have the alleged illegal activities of LifeWay and G2.0 be terminated by the Principal Body of the Southern Baptist Convention but in fact have been blatantly ignored leaving Plaintiffs specifically and Leaseholders generally the belief that the only alternative is to bring forth to the Federal District Court of proper Jurisdiction and venue and to the general public and members of the Southern Baptist Convention these alleged atrocities of LifeWay, and

its Trustees who are attempting irreparable harm to Plaintiffs specifically and GCC Leaseholders generally with the tacit knowledge, or should have known knowledge of the Executive Committee of the Southern Baptist Convention.

**WHEREFORE**, Plaintiffs, Kirk and Susie Tompkins, Request the Court for its ORDERS to prevent Irreparable harm to Plaintiffs Specifically and GCC Leaseholders generally, and issue its ORDER for a "Temporary Restraining Order" or in the alternative "Preliminary Injunctive Relieve" to allow time for the Southern Baptist Convention to fulfill its Corporation Charter Constitution and Bylaws, further Award Plaintiffs costs and attorney fees pursuant to THE EQUAL ACCESS TO JUSTICE ACT, 5 U.S.C Section 547 and THE CIVIL RIGHTS ATTORNEY FEES ACT 42 U.S.C (1988), and all other just and proper relief the honorable Court deems proper.

**DATED: SEPTEMBER 3, 2013**

_____          _____
L. Kirk Tompkins                                         Susie Tompkins

STATE OF ARKANSAS    )
                                        ) ss.
COUNTY OF PULASKI    )

### VERIFICATION

This instrument was acknowledged before me on 3rd Day of Sept. , 2013 by L. Kirk Tompkins and Susie Tompkins, Husband and wife, who certify that the above and foregoing is true and correct to the best of their knowledge.

_____          _____
L. Kirk Tompkins                                         Susie Tompkins

(SEAL)

NANCY J. DOLAN
NOTARY PUBLIC
PULASKI COUNTY, ARKANSAS
COMMISSION EXPIRES JULY 20, 2021
COMMISSION NO. 12363446

SUBSCRIBE AND SWORN BEFORE ME,
A NOTARY PUBLIC on this date 9/3/2013

Nancy J. Dolan
MY COMMISSION EXPIRES: 7/20/2021