# AFFIDAVIT OF DONALD D. BURR AND BRENDA R. BURR

The undersigned, Donald D. Burr and Brenda R. Burr, do make this affidavit in good faith with clean hands on this the _31_ day of August, 2013, being duly sworn, hereby deposes and states for the record:

1. I, Donald D. Burr am 76 years old, and am retired.

2. I, Brenda R. Burr am 72 years and am retired.

3. Affiants currently reside at 204 Old Alton Drive, Denton, Texas 76210.

4. Affiants are of sound mind and body with no legal disabilities, having personal knowledge of the common facts as set forth herein:

5. Affiants are Resident Leaseholders of Glorieta Conference Center, Glorieta, Santa Fe County, New Mexico 87535, seeking truth, honor, and justice.

6. Affiants are Texans who first became aware of the Conference in 1973 as Donald came here with the church on a Ski Bible Study trip for the first time. Also, our children came with youth groups from our church to Glorieta Conference Center.

7. We volunteered for the first time in September of 2003 . We worked in the dining room wiping tables, etc. Our joy was meeting other like-minded volunteers and serving others while allowing GOD to work in their lives.

8. We became aware of private homes on the campus while volunteering in 2005. Before trying to buy, we conferred with longtime residents as to how they operated with a lease agreement where one owned the house, but not the land. Since no one had had a problem, and being encouraged by several we proceeded to purchase a house realizing they had not had any problems functioning with such a lease. We went ahead bought and paid cash for a house, purchased from Ferne and Mack Machen who built the house in 1966. They had kept the house of 1000 square feet in good condition. We paid their asking price of $155,000.00. We trusted that all would continue in the future as it had in the past 60 years.

9. Since purchasing the house, we have upgraded by putting in new kitchen cabinets, an island, sink, faucet, tile work, installing new light fixtures, ceiling fans, upgrading light switches, new tankless hot water system, plumbed the garage for a washer and dryer, a utility sink, and installing electric lights in dark corners in the garage. This work was in excess of $6,000.00 in addition to the purchase price.

10. We were in the process of looking into replacing the floor and upgrading the bathrooms when Glorieta Conference Center announced their intent to sell the campus in 2011.

EXHIBIT 7

11. During the past eight years we have owned the house on the GCC, houses have been purchased and sold at fair market value. Some houses have even been sold to private individuals owned by the GCC for fair market value.

12. Now, we find to our dismay, we have no viable options other than the ones they deem fair and equitable. They have offered a minimum of $40,000.00 for a home of 1300 square feet, $30.00 per square foot, up to a maximum of $100,000.00, regardless of the price paid or the true value of the home. These homes, that we sacrifice, are to be used to their advantage and give houses for their staff, families who will pay to come to the camp events, which they will provide for a price. Their 12 year lease is prorated so that the house (improvements) belong to them at the end of the lease.or we can go ahead and give them the house now.

13. Our intent for our home was to enjoy a summer home in a beautiful and serene atmosphere, share this with our children and grandchildren while serving. This is no longer an option as our children cannot inherit the house in our deaths, It will belong to the new owners. Neither will they be able to use it without many stipulations and rules should we accept the 12 year lease.

14. Our goal of this affidavit is to alert others of the inequity of the situation being imposed on a few in order that the buyers or the sellers benefit at our expense. We are asking for justice to be handed to the guilty party or parties.

STATE OF NEW MEXICO    )
                       ) ss.
COUNTY OF SANTA FE     )

## VERIFICATION

I hereby certify that the above and foregoing motion is true and correct to the best of my knowledge.

_____          _____
Donald Burr                      Brenda Burr

(SEAL)

SUBSCRIBE AND SWORN BEFORE ME,
A NOTARY PUBLIC on this date 31st August 2013

MY COMMISSION EXPIRES: 2/25/13

OFFICIAL SEAL
SAMANTHA HUSTON
NOTARY PUBLIC-State of New Mexico
My Commission Expires 2/25/13

# AFFIDAVIT OF George H. Foster and Karen M. Foster

The undersigned, George H. Foster and Karen M. Foster, do make this affidavit in good faith with clean hands on this the 31st day of August, 2013, being duly sworn, hereby depose and state for the record:

1. I, George H. Foster, am 57 years old, and am unemployed.

2. I, Karen M. Foster, am 61 years old, and am unemployed.

3. Affiants currently own their sole residence at 220 Pinon, Glorieta, New Mexico, 87535; mailing address is 167 Rainbow Dr. #6760, Livingston, TX 77399.

4. Affiants are of sound mind and body with no legal disabilities, having personal knowledge of the common facts as set forth herein:

5. Affiants are Resident Leaseholders of Glorieta Conference Center, Glorieta, Santa Fe County, New Mexico 87535, seeking truth, honor and justice,

6. Affiants are Texans, who fell in love with Glorieta Baptist Conference Center at a Singles Adult Conference in 1986. After we married, we took summer family vacations at Glorieta, loving the peacefulness and summer weather. We always had the dream to move to Glorieta and work in the Christian environment, and eventually retire living our years out at Glorieta Conference Center (GCC).

7. Affiants in the summer of 2007 volunteered for a month of Christian work at GCC. We eventually sought out advice from Glorieta personnel leadership advising them of our interest of full-time employment.

8. After returning to Texas in July, Art Snead, a GCC Supervisor then offered Karen full-time employment at GCC whereby we worked out details of Karen's employment

9. Karen's GCC employment began as front desk clerk Oct. 1, 2007. George's employment would be seasonally (Spring/Summer/Fall) in the Conference Support division. The week before we were to return for Karen's Employment at Glorieta, our home in Wimberley, Texas, having been for sale in excess of a year, received an approved offer and we accepted. We felt this was confirmation from God that our plans were in line with His.

10. We proceeded to enter into a sales agreement with a Mr. Calvin Miller to buy his Glorieta home at 220 Pinon at the Glorieta Conference Center and assume his Lease. We used the proceeds from the sale of our 2,700 sq. ft. Texas home to buy our 1,600 sq. ft. GCC, N.M, home with cash, with no liens or mortgage.

11. In respect to signing the GCC Lease, at the time, we did not know everything involved. Rather than having the lease scrutinized by an attorney, we joined other, wiser Christians who were on the lease in believing that Glorieta would continue its 60-year history of recurring lease agreements with leaseholders.

12. We believed in our hearts this was God's mission for our golden years, that we live and work in the Southern Baptist Christian (SBC) Community of Glorieta Conference Center. However, in order to reside in our private home on the GCC campus, we had to sign a land lease agreement. Whereby we entered into a five-year lease as Baptist Christians, we were being assured that Glorieta would continue its calling for all Christians and believing that Glorieta was a true, honorable Christian Conference Center, inhabited by fellow Christians

1

EXHIBIT 8

for over 60 years, and would continue to operate in such a manner in the future with recurring leases renewable every five years.

13. Sadly, only two (2) years later, we were hit with the first downsizing of Glorieta eliminating Karen's full-time job; LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION (LIFEWAY) dissolved both Karen's and George's positions, intending to rely only on summer college staff and "volunteers" to fill their jobs.

14. This downsizing became difficult for us to continue living at Glorieta without jobs both financially and emotionally. Still being very active Christians, we agreed we should try full-time Christian "RV"ing. Our Glorieta Home would be our home base as we looked into Christian camp/RV groups that we could join and work Christian ministry projects throughout the country. In the last four years, we have done work camping jobs for pay and several volunteer Christian ministry projects.

15. We invested our life savings into our only home here at Glorieta. Initial purchase price was $175,000.00 in 2007. We added a two-car carport for a cost of $25,000.00 in 2008. Since then we have made various improvements to the home and landscaping for ease of upkeep.

16. Additional improvements/renovations amounted to $23,000.00. Our total investment in our Glorieta home is now in excess of $223,000.00, including all home and land improvements but not owning the land.

17. During our Glorieta home ownership, we were allowed to market said property at a fair and equitable price and did investigate such beginning two years ago when there were rumors that LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION (LIFEWAY) was seeking to sell Glorieta Conference Center.

18. We were led to believe, and it was our understanding when we originally signed the lease, that in the event the lease was not renewed by LIFEWAY, they would purchase our home from us at fair market value. In the announcement of the sale of Glorieta made by Jerry Rhyne, CFO of LIFEWAY, July 9, 2013, he stated to the entire assembly present, and we quote, "... *one of the most important requirements for any sale of Glorieta was that new owners provide options that are fair, reasonable and prudent for individuals and churches that lease land at Glorieta for residential homes and small group facilities.*"

19. However, the options that are being offered by LIFEWAY and the pending new buyers Glorieta G2.0 (G2.0) are neither fair, reasonable nor prudent for the Leaseholders of residential homes at Glorieta. We are being scammed, coerced and intimidated into donating our homes for the use of a new unknown ministry (if such is a Christian ministry) not affiliated with SBC. Our "fair market value" has been reduced to a mere $30/sq ft. LIFEWAY and G2.0's options do not even begin to reimburse us for our home improvements not to mention our initial investment.

20. We have learned through investigation and now understand our homes are to be used for the profitability and usage of the new Glorieta ownership "G2.0" and its private members, as they take control of all GCC dream retirement homes and then lease our homes for and to future event participants and families who are to be entertained by G2.0. New owners admit they do not have enough money to pay fair market value for our homes. If they do not have enough money to treat us fairly, reasonably and prudently, then what goals and intentions do they have? And to a more important agenda, why should G2.0, a virtually unknown entity organized only recently in April 2013, even be allowed to purchase the entire Glorieta

2

Conference Center allegedly having a value by real estate appraisal agents of $40 Million for the mere sales price of $1 instead of returning Glorieta Conference Center to its Original New Mexico Baptist Conference Owners?

21. Two (2) other options available to us and other Leaseholders are equally ludicrous. Citing from the offers that we can either donate our homes outright or lease our homes for 12 years with increasing lease amounts of unknown charges, having illegal/immoral lease terms, and then upon termination donate our homes to this new unknown ministry. What's more ludicrous, we and other Leaseholders would be banned from the Glorieta Campus during events. We did not purchase our homes with such anti-piety nor did we have any knowledge of future intentions until July 2013. Glorieta campus is a tranquil setting, originally developed to be enjoyed by all event participants as well as resident Leaseholders. It was not created to be a Communist Concentration Camp where Leaseholders would be unable to enjoy the property and Christian atmosphere, if it exists, but must be confined to our residential area only with limitations of traveling to and from.

22. We as well as other Leaseholders are falling victim to serious mismanagement, misrepresentation, and even possible fraudulent misappropriation of financial incomes of the Glorieta Conference Center by LIFEWAY and its trustees resulting in major financial losses. In order to save face with new buyers, THOM RAINER, PRESIDENT, JERRY L. RHYNE, CFO in tacit concert with SBC are throwing Leaseholders under the bus at our expense.

23. These are our homes, not just vacation cabins or retreat bungalows. We have invested in our home at Glorieta as we have invested in every other home we've owned. Our priority is to be debt free. We have no financial capability of buying another home for cash, as we had to buy our home in Glorieta. A mere $40,000 wouldn't begin to buy a home of like kind in the USA. We are unemployed and have no capability of acquiring a mortgage on another home. We worked hard for what we have and do not wish it to be defrauded and ripped out from under us to be used for profit by the alledgedly "non-profit Christian" corporation.

24. Our goal of this affidavit is to alert the world that there is an attack against Christians who seek only Truth, Honor and Justice in the world of corporate greed.

Wherefore we pray to our Creator through Jesus the Christ that an Honorable Court hear our affidavit made in good faith with clean hands, for justice is begging to be heard.

STATE OF SOUTH DAKOTA   )
COUNTY OF PENNINGTON   )

## VERIFICATION

I hereby certify that the above and foregoing motion is true and correct to the best of my knowledge.

George H. Foster              Karen M. Foster

SUBSCRIBE AND SWORN BEFORE
A NOTARY PUBLIC on this date _____

State of South Dakota
County of Pennington

MY COMMISSION EXPIRES: 10-22-2016

[Notary seal: Jeremy Colhoff, Notary Public, South Dakota]

# AFFIDAVIT OF CHARLES J. GOODYEAR AND KAY H. GOODYEAR

The undersigned, Charles J. Goodyear and Kay H. Goodyear, do make this affidavit made in good faith with clean hands on this the 31ST day of August 2013, being duly sworn, hereby deposes and states for the record:

1. Charles J. Goodyear am 62 years old and am self-employed as a Radio/TV management and accounting consultant.

2. I, Kay H. Goodyear am 62 years old and am self-employed as a Piano Teacher.

3. Affiants currently reside at 1804 Crestridge Court, Arlington, County of Tarrant, Texas 76013.

4. Affiants are of sound mind and body with no legal disabilities, having personal knowledge of the common fact as set forth herein:

5. Affiants are Resident Leaseholders of 156 Oak Street Glorieta Conference Center, Glorieta, Santa Fe County, New Mexico 87535, seeking truth, honor, and justice.

6. Affiants began coming to the Glorieta Conference Center (GCC) as small children and continued as teens and young adults. We were so blessed and felt God's presence in this place. We had a life-long desire to acquire a home here to which we could come during our retirement years and have a safe place to bring our children and grandchildren. In 2008, we began looking at homes. A representative of the GCC staff showed us several properties that LifeWay was selling. However, the prices were beyond our means since a total cash purchase was required. Mortgages were not allowed. In 2009, through receipts from an inheritance, we were able to purchase a home from Dallas Baptist University on the GCC campus, subject to a land lease from LifeWay. We planned to pass this home down to future generations.

7. As regular visitors to GCC we had noticed a decline in attendance and the reduction in the number of major conferences such as Music Week and Sunday School Week. Thus, we were concerned about the financial state of GCC and asked pointed questions before our purchase. We were assured in 2008 by Art Snead, a GCC manager, that GCC's current operations and future were "stable". In 2009, we were told by Hal Hill, GCC Director, that GCC's cash flow was cash positive almost every year for the past 25 years, although they

1

EXHIBIT 9

ran a "book" loss due to depreciation and LifeWay corporate expense allocations. Operations at GCC he said "could continue for years at the current level." He repeated this statement in 2011 shortly after it was announced that LifeWay was considering the sale of GCC and again in 2012 when it was announced GCC would reduce its full time operations to June 1 through September 1. The reduction in full time operations was supposed to improve the cash flow. GCC "could operate for years with just the Fuge" summer camps and remain cash flow positive. He also stated that contracts had already been signed for Fuge camps through 2014.

8. We understood that the lease of land to homeowners was to help protect and control the Christian community environment. We were required to provide a letter from our pastor certifying that we were active participating members in our local Southern Baptist Church.

9. We signed a four-year lease and understood our Lease to be readily renewable. Routine renewal was expected as the leases had been renewed for the previous 55 years. No one had ever been denied a renewal. We also understood we were to maintain our homes in good condition and our personal lives were to meet the GCC standards of a Christian.

10. We purchased our home September 1, 2009, at an investment cost of $130,000 and have made numerous small improvements at a cost of $8,000. The home now has a value pursuant to appraisal estimates of like kind homes within 20 miles of $150,000 to $175,000.

11. We were also led to believe that our investment was protected by LifeWay in that we would receive buy-outs that were "Fair and Equitable" if the lease was terminated. This was demonstrated by 55 years of prior history and LifeWay representatives showing us homes for sale that they had previously purchased from former lessees.

12. Since the receipt of a letter sent to Leaseholders of the Glorieta Conference Center in mid-June 2013 advising us of a potential sale to Glorieta 2.0 we have been bullied, threatened, and intimidated to accept pennies on the dollar for our homes. Jerry Rhyne, CFO of LifeWay, threatened Lessees in a July 9, 2013 open meeting, if this deal didn't go through the property would be sold to commercial developers and we'd all be gone. In the same

meeting, David Weekley, a home builder and Director of Glorieta 2.0, claimed he could build a new house for $50,000. He was clearly trying to bully lessees into acceptance of his low-ball $40,000 offer. In a meeting in our home on July 15, we were told by Anthony Scott of Glorieta 2.0 and Hal Hill, GCC Director that if anyone filed legal action the deal would be killed for everyone. In that same meeting we were told that everyone they'd visited had accepted the options except one lessee. From talking to several people whom they'd already visited I knew this not to be true. I considered these comments an intimidation tactic to squelch any opposition and cow everyone to accepting as well. During the meeting we also gave them the results on our online investigation of comparable square foot prices. In a July 16 email from Anthony Scott to us only, he wrote, "Many are using your square foot numbers and are not happy with our offer. Is your desire that we walk?" Clearly, this was an effort to intimidate us into silence and acceptance. Several additional letters and emails were sent by Anthony Scott to all lessees claiming only a few lessees had not expressed their acceptance. Again, this was another attempt to isolate and coerce acceptance from those who had not agreed. On August 20, Hal Hill of GCC sent an email to all leaseholders saying access to the grounds would remain "as long as those agreements are in place." We took that as a threat to cut off the access to our property if we didn't sign on to one of the new options since GCC might claim our current agreement was "no longer in place." Marty King, spokesperson for LifeWay, claimed in numerous news reports that the options were "generous". These reports were an attack on the credibility of lessees complaining about the unfair options to other media. Thom Rainer, President of LifeWay, has failed to answer a single email, letter, or call from us regarding LifeWay's decision and reasoning.

13. The options offered to Leaseholders for their homes are unreasonably unfair. The options were presented to us in our Glorieta home on July 15 by Anthony Scott of Glorieta 2.0 and Hal Hill of GCC. We told Anthony and Hal the $30 per square foot offer was unfair and

3

gave him the comparative numbers from nearby markets. We also received an email from Anthony Scott with the options. The maximum compensation offer for lessee's property was the greater of $40,000 or $30 per square foot up to a maximum of $100,000. My online research of home prices revealed a $109 per square foot average in nearby Pecos, a poverty stricken community. In nearby Eldorado the average per square foot rate is $206. Clearly, $30 was neither fair nor generous. The other options were worse. One was simply to give the property to Glorieta 2.0. The other option was to accept a 12-year lease and turn the property over to Glorieta 2.0 upon the lease expiration and receive no compensation. In the July 9 meeting, Jerry Rhyne, LifeWay CFO, claimed his #2 priority was to treat Leaseholders fairly. When pressed to answer if $40,000 was really fair he wouldn't answer the question.

14. We pray that an honorable court hear our affidavit made in good faith with clean hands seeking justice.

_____        _____
Charles J. Goodyear                     Kay H. Goodyear


STATE OF NEW MEXICO  )
                     ) ss.
COUNTY OF SANTA FE   )

### VERIFICATION

This instrument was acknowledged before me on 31 Day of August, 2013 by Charles J. Goodyear and Kay H. Goodyear, Husband and wife, who certify that the above and foregoing affidavit is true and correct to the best of their knowledge.

_____        _____
Charles J. Goodyear                     Kay H. Goodyear


(SEAL)

**OFFICIAL SEAL**
**SAMANTHA HUSTON**
NOTARY PUBLIC-State of New Mexico
My Commission Expires 2/25/17

SUBSCRIBE AND SWORN BEFORE ME,
A NOTARY PUBLIC on this date 31 August 2013

_____
MY COMMISSION EXPIRES: 2/25/17

4

## AFFIDAVIT OF Dr. John W. Yarbrough and Becky Yarbrough

The undersigned, **Dr. John W. and Becky Yarbrough**, do make this affidavit in good faith with clean hands on this the 31th day of August 2013, being duly sworn, hereby deposes and state for the record:

1. I Dr. John W. Yarbrough am 69 Years old, and I am a retired SBC Home Missionary and Minister and currently work part-time as a Chaplain.

2. I Becky Yarbrough am 66 Years old, and I am a retired SBC Home Missionary, office manager and currently work part-time. Affiants currently reside at 2905 Cambridgeshire Dr, Carrollton, TX 75007.

3. Affiants are of sound mind and body with no legal disabilities, having personal knowledge of the common facts as set forth herein:

4. Affiants are Leaseholders of 342 Aspen, Glorieta Conference Center, Glorieta, Santa Fe County, New Mexico 87535, seeking truth,

5. We were led to believe and it was our understanding when we originally signed the lease that in the event the lease was not renewed by LIFEWAY, <u>they would purchase our home from us at fair market value</u>. In the announcement of the sale of Glorieta made by Jerry Rhyne, CFO of LIFEWAY, July 9, 2013, he stated to the entire assembly present and we quote, *"... one of the most important requirements for any sale of Glorieta was that new owners provide options that are fair, reasonable and prudent for individuals and churches that lease land at Glorieta for residential homes and small group facilities."*

6. However, the options that are being offered by LIFEWAY and the pending new buyers Glorieta G2.0 are neither fair, reasonable nor prudent for the Leaseholders of residential homes at Glorieta. In 2003, we purchased our home from LifeWay that advertised it at an appraised value of $150,000. The home needed major repair, including a new roof, windows, flooring, ceilings, wall repair, plumbing and etc. We refinanced our home in Texas in order to purchase our Glorieta home. We are being scammed, coerced and intimidated into donating our homes for the use of a new unknown ministry (If such is a Christian ministry) not affiliated with SBC. Our "fair market value" has been depleted to a mere $30 per square foot. LIFEWAY and G2.0's options do not even begin to reimburse us for our home improvements not to mention our initial investment.

7. We have learned through investigation and now understand our homes are to be used for the profitability and usage of the new Glorieta ownership "G2.0" and its private members, as they take control of all Glorieta Conference Center dream retirement homes and then lease our homes for and to future event participants and families who are to be entertained by G2.0. New owners admit they do not have enough money to pay fair market value for our homes. If they do not have enough money to treat us fairly, reasonably and prudently, then what goals and intentions do they have and to a more important agenda why should G2.0, an virtually Unknown entity organized only recently in April 2013, even be allowed to purchase the entire Glorieta Conference Center allegedly having a value by real estate appraisal agents of $40 Million for the mere sales price of $1.

8. Two (2) Other options available to us and other Leaseholders are equally ludicrous. Citing from the offers that we can either donate our homes outright or lease our homes for 12 years

EXHIBIT 10

with increasing lease amounts of unknown amounts per having illegal/immoral lease terms and then upon termination donate our homes to this new unknown ministry. What's more ludicrous we and other Leaseholders would be banned from the Glorieta Campus during events. We did not purchase our homes with such anti-piety nor did we have any knowledge of future intentions until July 2013. Glorieta campus is a tranquil setting, originally developed to be enjoyed by all event participants as well as resident Leaseholders. It is not a communist concentration camp where Leaseholders are unable to enjoy the property and Christian atmosphere, if it exists, but we must be confined to our residential area only with limitations of traveling to and from.

9. We as well as other Leaseholders are falling victim to serious mismanagement, misrepresentation, mismanagement and even possible fraudulent misappropriation of financial incomes of the Glorieta Conference Center by LIFEWAY and its trustees resulting in major financial losses. In order to save face with new buyers, THOM RAINER, PRESIDENT, JERRY L. RHYNE, CFO in tacit concert with SBC are throwing Leaseholders under the bus at our expense.

10. These are our homes, not vacation cabins or retreat bungalows. We have invested in our home at Glorieta as we have invested in every other home we've owned. Our priority is to be debt free. We have no financial capability of buying another home for cash, as we had to buy our home in Glorieta. A mere $40,000 or $30 a square foot wouldn't begin to buy a home of like kind in the USA. We are retired and have no capability of acquiring a mortgage on another home. We worked hard for what we have and do not wish it to be defrauded and ripped out from under us.

11. Our goal of this affidavit is alert the world that there is an attack against Christians who seek only Truth, Honor and Justice in the world of corporate greed.

Wherefore we pray to our Creator through Jesus the Christ that an Honorable Court hears our affidavit made in good faith with clean hands, for justice is begging to be heard.

STATE OF NEW MEXICO )
                     ) ss.
COUNTY OF SANTA FE   )

### VERIFICATION

This instrument was acknowledged before me on  31  Day of  August , 2013 by Dr. John W. Yarbrough and Becky Yarbrough, Husband and wife, who certify that the above and foregoing affidavit is true and correct to the best of their knowledge.

_____          _____
Dr. John W. Yarbrough              Becky Yarbrough

(SEAL)

SUBSCRIBE AND SWORN BEFORE ME,
A NOTARY PUBLIC on this date  August 31, 2013

_____
MY COMMISSION EXPIRES: 01/04/16

## AFFIDAVIT OF Marion E. Cheshire and Marlyene F. Cheshire

The undersigned, Marion E. Cheshire and Marlyene F. Cheshire, residents at 1211 Mustang Trail, Kingwood, Harris County, TX 77339 {Phone 832.349.8554} do herby make this affidavit in good faith with clean hands on this the _3_ day of September, 2013, being duly sworn, hereby deposes and state for the record:

1. I Marion E Cheshire am 83 Years old , and retired.

2. I Marlyene F. Cheshire am 79 Years old and am a homemaker.

3. Affiants are owners of our New Mexico residence is 340 Aspen, Glorieta, NM 87535.

4. Affiants are of sound mind and body with no legal disabilities, having personal knowledge of the common facts as set forth herein:

5. Affiants are Resident Leaseholders of Glorieta Conference Center, Santa Fe County, New Mexico 87535, seeking justice.

6. Affiants are Texans who first came to Glorieta Baptist Conference Center in 1971 to attend summer conferences resulting in our active participations in the conferences, without being a resident of Glorieta Baptist Conference Center, through the summer of 1982.

7. After having sought ownership of a residence within the Conference Center, for several years, we finally were able to purchase our "Glorieta Home" in November 1982 for cash.

8. The value of our home in Glorieta per local real estate has an estimated value of approximately $200,000.00, however it has never been our intent to sell our home but to continue living in the Glorieta Christian environment and pass our property to our children, as they have spent many years with us or with their own families.

9. Upon our retirement in 1986, my family has resided in our Glorieta home for more than half the year each year. Our home has been invaluable as a meeting place for friends and family, including an intermediate meeting place for our Texas families and

1

EXHIBIT 11

our family members serving in the military living in California.

10. We have always enjoyed our home and friends within the Conference Center and those outside the conference center, particularly those in Glorieta Baptist Church and First Baptist Church in nearby Santa Fe, New Mexico.

11. We have always believed, and led to believe based on numerous discussions and promises that Lifeway (SBC), if ever ceased operations, would treat us fairly, would conduct their business professionally and with honest professionalism provide us, in the event of some extra-ordinary event, a return of our investment with a fair-market value for our home.

12. We Believe the present offers and conditions being tended for our home are unfair, unreasonable, demeaning and an insult well below any local appraised value of like kind homes, actual and perceived. Further, the actual value of our home has been decreased by all this turmoil associated with the perceived illegitimate conveyance negotiations between Glorieta and prospective buyers, particularly the non-profit Glorieta 2.0, a non-member of the Southern Baptist Convention members of Churches and Organizations.

13. Through our affidavit of support we only seek honor, justice and continued access to our home or in the alternative an agreeable financial remunerations which are "fair, reasonable and prudent".

14. Our Goal of our affidavit is alert the world that there is an attack against Christians who seek only Truth, Honor and Justice in the world of corporate greed.

**WHEREFORE,** we pray to our Creator through Jesus the Christ that an Honorable Court take measure hearing our pleading affidavit made in good faith with clean hands, for justice is begging to be heard.

*Marion E. Cheshire*
Marion E. Cheshire

*Marlyene F. Cheshire*
Marlyene F. Cheshire

2

STATE OF TEXAS )
) ss.
COUNTY OF ~~HARRIS~~ )
  Montgomery

## VERIFICATION

This instrument was acknowledged before me on 3 Day of Sep., 2013 by Marion E. Cheshire and Marlyene F. Cheshire, Husband and wife, who certify that the above and foregoing affidavit is true and correct to the best of their knowledge.

_Marion E. Cheshire_  
Marion E. Cheshire

_Marlyene F. Cheshire_  
Marlyene F. Cheshire

(SEAL)

GAIL DEMPSEY
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Expires 04-26-2017

SUBSCRIBE AND SWORN BEFORE ME, A NOTARY PUBLIC on this date 9-3-13

_Gail Dempsey_
MY COMMISSION EXPIRES: 4-26-17

3