UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW MEXICO

**Case No. CIV 13-0840 JB/CG**

L. KIRK TOMPKINS and SUSIE TOMPKINS,   )
                                        )
                            Plaintiffs  )
                                        )
v.                                      )
                                        )   **NOTICE OF APPEAL**
                                        )
EXECUTIVE COMMITTEE OF THE              )
SOUTHERN BAPTIST CONVENTION (ECSBC) et al.,  )
                                        )
                            Defendants  )

# NOTICE OF APPEAL

Notice is hereby given that L. Kirk Tompkins and Susie Tompkins, Pro se Plaintiffs in the above named case pursuant to the United States Code citing:

1. UNITED STATES CODE TITLE 28 - PART V - CHAPTER 131 - § 2072. Rules of procedure and evidence; power to prescribe rules

   (a) The Supreme Court shall have the power to prescribe general rules of practice and procedure and rules of evidence for cases in the United States district courts (including proceedings before magistrate judges thereof) and courts of appeals.

   (b) Such rules shall not abridge, enlarge or modify any substantive right. All laws in conflict with such rules shall be of no further force or effect after such rules have taken effect.

   (c) Such rules may define when a ruling of a district court is final for the purposes of appeal under section 1291 of this title.

2. UNITED STATES CODE TITLE 28 - PART IV - CHAPTER 83 - § 1291. Final decisions of district courts

   The courts of appeals (other than the United States Court of Appeals for the Federal Circuit) shall have jurisdiction of appeals from all final decisions of the

district courts of the United States, the United States District Court for the District of the Canal Zone, the District Court of Guam, and the District Court of the Virgin Islands, except where a direct review may be had in the Supreme Court.

**WHEREFORE,** L. Kirk Tompkins and Susie Tompkins, Pro se Plaintiffs, take exception to the final decision of the United States District Court for the District of New Mexico and appeal its decision to the United States Court of Appeals for the TENTH Circuit from the **Final Judgment**, an **ORDER** that Motion to Dismiss Verified Third Amended Complaint by Lifeway Christian Resources, Glorieta 2.0, Inc., Larry D. Cannon, Jerry Rhyne, Thom Rainer, Terry S. Braswell, David Weekley, Leonard Russo, and Terry Looper, filed May 8, 2014  is granted in part and denied in part, **entered in this action on 31 March 2015.** Upon reading dismissal of other "ORDERS" dismissing other Defendants in this case in chief, Plaintiffs take exception to the dismissal of Defendants' Lifeway Christian Resources of the Southern Baptist Convention, Glorieta 2.0, Larry D. Cannon, Jerry Rhyne, Thom Rainer, and David Weekley; therefore PLAINTIFFS move forward as APPEALANTS to the 10th Court of Appeals for the United States District Court citing the lower court has erred in its judicial ruling specifically in the dismissal of Lifeway Christian Resources of the Southern Baptist Convention, Glorieta 2.0, Larry D. Cannon, Jerry Rhyne, Thom Rainer, and David Weekley, and respectfully appeal the United States District Court for New Mexico ORDER of Final Judgement to Dismiss Complaint.

**DATED: 31 March 2015**

_____                                   _____
L. Kirk Tompkins                                            Susie Tompkins

**CERTIFICATE OF SERVICE**

I, L. Kirk Tompkins, hereby certify that on 31 March 2015 more fully reflected on the Notice of Electronic Filing I filed the foregoing responsive pleading electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means through the CM/ECF System

*/s/ L. Kirk Tompkins*
L. Kirk Tompkins